PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax


Attorney for Defendant
EMMANUEL RUVALCABA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00203-LJO |
| Plaintiff, | |
| vs. | |
| | STIPULATION ORDER TO CONTINUE |
| EMMANUEL RUVALCABA, | SENTENCING DATE |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Yasin Mohammad, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Emmanuel Ruvalcaba, that the sentencing date scheduled for January 17, 2012, at 1:00 p.m. be vacated and the sentencing date be continued to this court's calendar on February 6, 2012 at 1:00 p.m. Mr. Martinez is currently in a murder trial in Santa Clara County that began on December 5, 2011, for defendant Domingo Aviles, Case No.9162660, Department 26, Judge Bonini. Mr. Martinez is currently in the cross-examination process and hopes the case is in deliberations by the end of the week. Due to this out of county trial, further time is needed for the defense to prepare for the defendant's sentencing date.

The court is advised that counsel have conferred about this request that they have agreed to the court date of February 6, 2012 and that Mr. Mohammed has authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for sentencing, up to and including February 6, 2012.

Respectfully Submitted,

Dated: December 14, 2011 /s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
Emmanuel Ruvalcaba

Dated: December 14, 2011 /s/ Yasin Mohammed
Yasin Mohammed
Assistant U.S. Attorney

## **ORDER**

Having read and considered the foregoing stipulation, the current January 17, 2012 sentencing date is hereby vacated and reset to February 6, 2012.

IT IS SO ORDERED.

Dated: **December 15, 2011**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE